Submitted November 21—decided November 25, 1969

MERSICK INDUSTRIAL PARK *v.* ZONING BOARD OF APPEALS OF THE TOWN OF NORTH HAVEN

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Howard A. Jacobs,* for the appellant (plaintiff).

*Lawrence J. Carboni,* for the appellee (defendant).

Argued December 2—decided December 2, 1969

The appellant filed a motion for reargument which was denied.